Stephen A. Madoni (SBN 170652)
**LAW OFFICE OF STEPHEN A. MADONI**
A Professional Law Corporation
1151 Dove Street, Suite 235
Newport Beach, California 92660
Telephone: (949) 723-7600
Facsimile: (949) 723-7601
Email: steve@madonilaw.com

Attorney for Defendants Shirley Combs and James Farley

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN ESTRADA, | Case No.: **5:21-cv-00992-JGB** |
| Plaintiff, | |
| vs. | DECLARATION OF STEPHEN MADONI IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE |
| SHIRLEY L. COMBS; JAMES C. FARLEY and DOES 1 through 10, inclusive, | Date: September 13, 2021 |
| Defendant. | Time: 9:00 a.m. |
| | Courtroom: 1 |

## DECLARATION OF STEPHEN MADONI

I, Stephen A. Madoni declare:

1. I have personal knowledge of the foregoing, and if called upon, could and would competently testify to the facts set forth in this declaration.

2. I am the attorney of record for Defendants Shirley Combs and James Farley in the above-captioned action entitled *Estrada v. Combs, et. al.*, now pending before the United States District Court, Central District of California as Case Number 5:21-cv-00992-JGB.

3. I make this declaration in support of the opposition to the Plaintiff's motion to strike the Defendants' affirmative defenses.

4. Sometime in July 2021, after the Defendants had filed their answer, the Plaintiff's counsel contacted me regarding the answer. Specifically, he objected to the reservation of rights as an affirmative defense. Accordingly, I agreed to file an amended answer removing that affirmative defense, which I did on July 30, 2021.

5. On August 2, 2021, the Plaintiff's counsel contacted me and requested a phone conference to discuss the First Amended Answer. Over the next week, I had proposed dates for a phone conference as did Plaintiff's counsel, but no date was agreed on.

6. On August 11, 2021, the Plaintiff's counsel sent me a detailed confidential settlement email. The email did not mention anything regarding the first amended answer and merely requested that I discuss the settlement with my client and get back to Plaintiff's counsel.

7. On August 16, 2021, I received an email from Plaintiff's counsel indicating that his motion deadline was in four days and to get back to him. A true and correct copy of that email is attached hereto as Exhibit "A".

///
///
///
///

8. Before I could get back to Plaintiff's counsel, he filed his motion to strike on August 17, 2021. I believe that if Plaintiff had thoroughly discussed his problems with the First Amended Answer, we could have come to an arrangement regarding either a second amended answer or I could point him to the correct authority justifying the affirmative defenses asserted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this, the 25 day of August, 2021.

*S Madoni*

Stephen A. Madoni

# EXHIBIT A

(Declaration of Stephen Madoni)

## Steve Madoni

**From:** Ross Cornell <rosscornell@me.com>
**Sent:** Monday, August 16, 2021 9:46 AM
**To:** Steve Madoni
**Subject:** Estrada v. Combs, et al.

Hi Steve,

My client's motion deadline is in four days. Please get back to me.

Best regards,

Ross Cornell, Esq.
PO Box 1989 #305
Big Bear Lake, CA 92315
Phone: (562) 612-1708
Email: rc@rosscornelllaw.com

Privileged and Confidential Communication. Please be advised that this electronic transmission and attachments, if any: (i) are protected by the Electronic Communications Privacy Act - 18 USC §§ 2510-2521; (ii) may contain confidential and/or legally privileged information; and (iii) are for the sole use of the intended recipient named above. If you have received this e-mail in error, please immediately notify the sender and delete the e-mail, together with the attachment(s), if any. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited. The transmission of this e-mail is not intended as a waiver of attorney-client communication, work product or any other privilege.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

[Estrada v. Combs, Case No. 5:21-CV-00992-JGB]

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action. My business address is 1151 Dove Street, Suite 235, Newport Beach, CA 92660. My email address is: nathally@madonilaw.com.

On August 25, 2021 I served the foregoing document described as:
**DECLARATION OF STEPHEN MADONI IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE**

[X]   by placing/serving:
[ ]   the original enclosed in a sealed envelope addressed as follows:
[X]   a true copy thereof to:

**Ross Cornell**
**Law Offices of Ross Cornell**
**Pos Office Box 1989, Suite 305**
**Big Bear Lake, CA 92315**
**Email: rc@rosscornelllaw.com**
**Ph: 562-612-1708/Fax: 562-394-9556**
*Attorney for Plaintiff, Bryan Estrada*

[ ]   (By U.S. Mail) I deposited such envelope at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid.

[ ]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after the date of deposit for mailing of affidavit.

[X]   (By CM/ECF) Pursuant to the Court's CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmissions. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed on the attached service list who are registered with the Court's EC/ECF system.

[ ]   (By Personal Delivery) I caused the foregoing document(s) to be delivered by hand to the parties on the service list through service by Jon Gray, California Debt Recovery telephone number (951) 541-8284.

[ ]   (By Electronic Service "E-mail") I served the documents by email from my email address of nathally@madonilaw.com to the parties at their respective e-mail addresses as indicated above.

[X]   (Federal) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed at the office of a member of the bar of this Court at who direction service was made. Executed on August 25, 2021 at Newport Beach, California.

Nathally Cespedes